# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08CR3754-L |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO CONTINUE SENTENCING HEARING** |
| GUSTAVO MIDUENO-CORIA (1), | ) | |
| Defendant. | ) | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Tuesday, February 17, 2008, sentencing hearing be continued to Wednesday, April 1, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: February 9, 2009

_____
M. James Lorenz
United States District Court Judge